IN THE CIRCUIT COURT OF THE
4th JUDICIAL CIRCUIT IN AND FOR
DUVAL COUNTY, FLORIDA

CASE NO.:

CIRCUIT CIVIL DIVISION

THEADRA FUGATE,

      Plaintiff,

v.

WAWA, INC.,
a Foreign Profit Corporation,

      Defendant.

_____/

## **COMPLAINT**

Plaintiff, THEADRA FUGATE, by and through her undersigned counsel, sues the Defendant, WAWA, INC. (Hereinafter "WAWA"), a Foreign Profit Corporation, and alleges:

1.    This cause of action is for damages in excess of the minimum jurisdictional requirements of this Court, exclusive of costs and fees.

2.    At all times material hereto, Plaintiff, THEADRA FUGATE, was and is a resident of Duval County, Florida.

3.    At all times material hereto, Defendant, WAWA, was and is a foreign profit corporation duly authorized to do business in the State of Florida, and actually doing business in Duval County, Florida, as a commercial gasoline station and food/convenience store, open to the public.

1

4.  At all times material hereto, the Defendant, WAWA, owned, supervised, controlled, maintained, possessed and/or operated, by and through their officers, agents, employees, and/or managers the WAWA Store No. 5351 located at 1004 Edgewood Avenue North, Jacksonville, Duval County, Florida 32254.

5.      Venue is proper in Duval County, Florida, as the facts given rise to the cause of action occurred in Duval County, Florida.

6.      On or about January 15, 2023, the Plaintiff, THEADRA FUGATE, was lawfully on the Defendant's property as a business invitee at the above-described premises.

7.      On or about January 15, 2023, the Plaintiff, THEADRA FUGATE, was walking in the exterior gasoline dispensing area of the Defendant's premises when suddenly and without warning, the Plaintiff slipped and fell as a result of an oily and slippery substance on the ground.

8.      At that same time and place, Defendant, WAWA, its employees, staff or agents had a duty to:

      a.      Maintain the subject ground/floor that it owned, operated, maintained, managed and/or controlled in a reasonably safe condition, free of any and all slipping hazards it knew or should have known existed;

      b.      Inspect the subject ground/floor in a timely manner for any and all hazards which it knew or should have known existed on the floor through the exercise of reasonable care;

2

c.    Provide a safe and unencumbered ground/floor for visitors to have safe travel within the gasoline dispensing area and safe ingress/egress to the convenience store;

d.    Identify and warn visitors, including the Plaintiff, of all dangers which it knew or should have known existed on the premises through the exercise of reasonable care;

e.    Ensure that the property was maintained in a reasonably safe condition; and

f.    Clean spills or any other transitory foreign substances that accumulate on the floor or have been left unattended for prolonged periods of time.

9.    On or about January 15, 2023, Defendant, WAWA, by and through its agents, employees, and/or servants, negligently and carelessly maintained the above-mentioned gasoline dispensing area by allowing to exist an unreasonably dangerous condition on its premises to wit: an oily, slippery substance existing on the concrete floor of the Defendant's gasoline dispensing area.

10.    On or about January 15, 2023, Plaintiff, THEADRA FUGATE, slipped and fell as a result of the unreasonably dangerous condition existing on the Defendant's premises.

11.    On or about January 15, 2023, Defendant WAWA, created the dangerous condition, knew or should have known of the existence of the dangerous condition and should have taken steps to warn the Plaintiff, THEADRA FUGATE, of the existence of the dangerous condition in the gasoline dispensing area.

3

12.    As a direct and proximate result of the fall, the Plaintiff, THEADRA FUGATE, suffered bodily injury, pain and suffering, disability, disfigurement, mental anguish, aggravation and/or activation of a previously existing condition, loss of capacity for the enjoyment of life, medical expenses, loss of earnings, and loss of ability to earn money.  These losses are either permanent or continuing in nature and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, THEADRA FUGATE, sues the Defendant, WAWA, INC. and demands judgment for damages together with interest and costs as well as any other relief that this court deems proper.

## **DEMAND FOR JURY TRIAL**

Plaintiff demands trial by jury of all issues triable as of right by a jury.

Dated: June 4, 2025

McCULLOUGH & LEBOFF, P.A.
Attorneys for Plaintiff
214 S.E. 13th Street
Ft. Lauderdale, FL  33316
Tel: (954) 989-3435
Fax: (954) 989-3432
E-mail: generalemail@flafirm.com

By: _____
       Scott T. McCullough
       Florida Bar No. 0065500